# Summary of Plan

Cochran, Samuel James  Case No. 15-80803-C  Dated: 7/29/2015

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 1968 Chevrolet Camaro | First Family Federal CU | $ 22,734.81 | 60002824-L4 | 6.5000% | 1 | 60 | $447.24 | Trustee | 60 | $26,834.53 |
| I.A. | 1968 Chevrolet Camaro | Springleaf Financial | $ 7,528.00 | 17564591 | 6.5000% | 1 | 60 | $148.09 | Trustee | 60 | $8,885.51 |
| I.A. | 1968 Chevrolet C-10 Truck | World Acceptance | $ 4,500.00 | 167 | 6.5000% | 1 | 60 | $88.52 | Trustee | 60 | $5,311.48 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | Residence - Mobile Home and Land | American Heritage Bank | $ 70,072.26 | 2014098182 | Contract | 1 | 60 | $968.91 | Debtor | 60 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | The Colpitts Law Firm | | | | | | | Trustee | | $2,950.00 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $43,981.51 |

**Class V Executory Contracts:**

There are no other executory contracts.

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | Paid By | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 36 | 60 | 1 | 60 | $825.00 | Debtor | 60 | $49,500.00 |
| | | | | $0.00 | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $49,500.00 |
| Trustee Fee (10%) | $4,950.00 |
| Total paid to Class I, II, III, IV.A and IV.B. creditors above | $43,981.51 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $0.00 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $568.49 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $0.00 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $0.00 |
| Amount available to all Creditors under Chapter 7: | $0.00 |
| Total Priority Claims: | $0.00 |
| Chapter 7 Test Amount: | $0.00 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Amount Debtor Proposes to Pay to Class IV.C. Claims: (Must be more than Greater of DITUC or CH 7 Test) | $0.00 |
| Amount to Class IV.C. Claims: | $0.00 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $55,647 |
| Claims Relegated to Clas` | $0 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $55,647 |
| Required Amount to Class IV.C. Claims | $0.00 |
| Estimated Percentage to Class IV.C. Claims: | 0.00% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $29,700.00 |
| Less Trustee Fee: | $2,970.00 |
| Less payments to Creditors: | $43,981.51 |
| Net to Class IV.C Claims: | $0.00 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:**
**The total amount of the distributions to unsecured claims may increase or decrease depending upon the total trustee fees actually paid and the total regular monthly mortgage payments actually paid.**

Form SP Post-Act 04052012

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.