# Notice Recipients

District/Off: 1086−7   User: denise   Date Created: 7/29/2015
Case: 15−80803   Form ID: pdf019   Total: 39

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          USTPRegion20.TU.ECF@usdoj.gov
tr           William Mark Bonney          ecf@edok13.com
aty          Greggory T. Colpitts          Greg@colpittslawfirm.us

                                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Samuel James Cochran          1650 North 185th Road          Mounds, OK 74047
1695785      Allergy Clinic of Tulsa          9311 South Mingo Road          Tulsa, OK 74133−5702
1695786      American Heritage Bank          301 North Choctaw          Beggs, OK 74421
1695787      BBAdvance Loan          3000 S Wood Dr. Ste A          Okmulgee, OK 74447
1695788      Banner Finance          713 East 6th Street          Okmulgee, OK 74447
1695789      Best Buy Credit Services          PO Box 790441          Saint Louis, MO 63179
1695790      Best Choice 123          621 Medicine Way          Ste 6          Ukiah, CA 95482
1695794      CBNA          1000 Technology Dr. #MS504A          O Fallon, MO 63368
1695791      Care Credit/Synchrony Bank          Attn: Bankruptcy Dept.          PO Box 965061          Orlando, FL 32896−5061
1695792      Cash Net USA          175 West Jackson          Suite 1000          Chicago, IL 60604
1695793      Castle Payday          Attn: Customer Support          PO Box 704          Watersmeet, MI 49969
1695795      Covington Credit, Inc.          201 East 5th Street          Suite D          Okmulgee, OK 74447
1695796      Customer Credit          517 1/2 N. Mission          Sapulpa, OK 74066
1695797      Dixie Finance          123 East 6th Street          Okmulgee, OK 74447
1695798      Empire Finance          117 N. 4th          Henryetta, OK 74437
1695781      Equifax Credit Information Services, Inc          P.O. Box 740241          Atlanta, GA 30374
1695782      Experian          955 American Lane          Schaumburg, IL 60173
1695799      First Family Federal Credit Union          PO Box 170          Henryetta, OK 74437
1695800      First Premier Bank          PO Box 5524          Sioux Falls, SD 57117−5524
1695801      Golden Valley LE          635 East Hwy 20 E          Upper Lake, CA 95485
1695802      Harrison Engineering          8551 Boat Club Road          Suite 121 #195          Fort Worth, TX 76179
1695803      Inova Federal Credit Union          PO Box 1148          Elkhart, IN 46515
1695783      Internal Revenue Service          Centralized Insolvency Operation          P.O. Box 7346          Philadelphia, PA 19101−7346
1695804      Liberty Finance          215 East 6th Street          Okmulgee, OK 74447
1695805      Noble Finance          515 N. Mission          Sapulpa, OK 74066
1695784      Oklahoma Tax Commission          440 South Houston, Suite 501−B          Tulsa, OK 74127
1695806      PDL          PO Box 783          Aberdean, NY 14226
1695807      Royal Finance          201 S. Wood Drive          Okmulgee, OK 74447
1695808      Rushmore Service Center          PO Box 5508          Sioux Falls, SD 57117−5508
1695809      Security Finance          2012 South Wood Drive          Suite JU          Okmulgee, OK 74447
1695810      Springleaf Financial Services          615 South Main Street          Sapulpa, OK 74066−5101
1695811      Sun Loan          2012 S Woods Dr          Ste B          Okmulgee, OK 74447
1695812      Three B Financial          1108 East South Union Ave.          Midvale, UT 84047
1695780      TransUnion          333 S. Anita Drive          Ste. 1000          Orange, CA 92868
1695813      Western Finance          801 E 6th St          Okmulgee, OK 74447
1695814      World Acceptance Corporation          1023 East 6th Street          Okmulgee, OK 74447

                                                                                              TOTAL: 36