# Notice Recipients

District/Off: 1086–7    User: denise    Date Created: 7/29/2015
Case: 15–80803    Form ID: 13plnsum    Total: 39

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov
tr    William Mark Bonney    ecf@edok13.com
aty    Greggory T. Colpitts    Greg@colpittslawfirm.us

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Samuel James Cochran    1650 North 185th Road    Mounds, OK 74047
1695785    Allergy Clinic of Tulsa    9311 South Mingo Road    Tulsa, OK 74133–5702
1695786    American Heritage Bank    301 North Choctaw    Beggs, OK 74421
1695787    BBAdvance Loan    3000 S Wood Dr. Ste A    Okmulgee, OK 74447
1695788    Banner Finance    713 East 6th Street    Okmulgee, OK 74447
1695789    Best Buy Credit Services    PO Box 790441    Saint Louis, MO 63179
1695790    Best Choice 123    621 Medicine Way    Ste 6    Ukiah, CA 95482
1695794    CBNA    1000 Technology Dr. #MS504A    O Fallon, MO 63368
1695791    Care Credit/Synchrony Bank    Attn: Bankruptcy Dept.    PO Box 965061    Orlando, FL 32896–5061
1695792    Cash Net USA    175 West Jackson    Suite 1000    Chicago, IL 60604
1695793    Castle Payday    Attn: Customer Support    PO Box 704    Watersmeet, MI 49969
1695795    Covington Credit, Inc.    201 East 5th Street    Suite D    Okmulgee, OK 74447
1695796    Customer Credit    517 1/2 N. Mission    Sapulpa, OK 74066
1695797    Dixie Finance    123 East 6th Street    Okmulgee, OK 74447
1695798    Empire Finance    117 N. 4th    Henryetta, OK 74437
1695781    Equifax Credit Information Services, Inc    P.O. Box 740241    Atlanta, GA 30374
1695782    Experian    955 American Lane    Schaumburg, IL 60173
1695799    First Family Federal Credit Union    PO Box 170    Henryetta, OK 74437
1695800    First Premier Bank    PO Box 5524    Sioux Falls, SD 57117–5524
1695801    Golden Valley LE    635 East Hwy 20 E    Upper Lake, CA 95485
1695802    Harrison Engineering    8551 Boat Club Road    Suite 121 #195    Fort Worth, TX 76179
1695803    Inova Federal Credit Union    PO Box 1148    Elkhart, IN 46515
1695783    Internal Revenue Service    Centralized Insolvency Operation    P.O. Box 7346    Philadelphia, PA 19101–7346
1695804    Liberty Finance    215 East 6th Street    Okmulgee, OK 74447
1695805    Noble Finance    515 N. Mission    Sapulpa, OK 74066
1695784    Oklahoma Tax Commission    440 South Houston, Suite 501–B    Tulsa, OK 74127
1695806    PDL    PO Box 783    Aberdean, NY 14226
1695807    Royal Finance    201 S. Wood Drive    Okmulgee, OK 74447
1695808    Rushmore Service Center    PO Box 5508    Sioux Falls, SD 57117–5508
1695809    Security Finance    2012 South Wood Drive    Suite JU    Okmulgee, OK 74447
1695810    Springleaf Financial Services    615 South Main Street    Sapulpa, OK 74066–5101
1695811    Sun Loan    2012 S Woods Dr    Ste B    Okmulgee, OK 74447
1695812    Three B Financial    1108 East South Union Ave.    Midvale, UT 84047
1695780    TransUnion    333 S. Anita Drive    Ste. 1000    Orange, CA 92868
1695813    Western Finance    801 E 6th St    Okmulgee, OK 74447
1695814    World Acceptance Corporation    1023 East 6th Street    Okmulgee, OK 74447

TOTAL: 36