## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

In Re:                                }

                                    }

Samuel James Cochran         }      Case No.:   15-80803-C

        xxx-xx-1628         }

                                    }      Chapter 13

                   Debtor     }

                                    }

                                    }

                                    }

## FIRST AMENDED PLAN AND SUMMARY
## NOTICE OF INCORPORATION OF TERMS OF ORIGINAL PLAN
## AND STATEMENT OF MATERIAL CHANGES TO TREATMENT OF CLAIMS

        Comes now the Debtor and files his First Amended Plan and Summary, Notice of Incorporation of Terms of Original Plan and Statement of Changes to Provisions of Secured Claims.

1. The Debtor has attached hereto his First Amended Plan and Summary which provides for a term of 60 months.

2. All terms contained in the Original Plan filed on July 29, 2015 (Docket Entry #5) (except the Summary of Plan) are incorporated by reference.

3. Pursuant to 11 U.S.C. §1323(b) the modifications contained in the Amended Plan and Summary attached hereto and the terms of the Original Plan (except the Summary) as incorporated herein become the plan.

4. Only the following secured claims have been affected by the modifications contained in the Amended Summary attached:

| Creditor | Collateral | Description of the Change |
|---|---|---|
| Bank of America | Property located at 5862 Jones Road, Okmulgee | Surrender the property |
| First Family Federal CU | 1968 Chevrolet Camaro | Provide for Proof of Claim |
| Springleaf Financial | 1968 Chevrolet Camaro | Provide for Proof of Claim |
| World Acceptance | 1968 Chevrolet C-10 PU | Provide for Proof of Claim |

5. The distribution to Unsecured creditors changed from 0.0% to 0.0% due to the modifications.

_/s/ Greggory T. Colpitts_             September 30, 2015
Greggory T. Colpitts, OBA No.: 14381      Date
**The Colpitts Law Firm**
6506 South Lewis, Suite 175
Tulsa, OK 74136-1079
918-747-9747
greg@colpittslawfirm.us
Attorney for Debtor(s)

**AN AMENDED SUMMARY IS ATTACHED HERETO**

# Summary of Plan

Cochran, Samuel James          Case No.   15-80803-C          Dated:          9/30/2015

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/ Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 1968 Chevrolet Camaro | First Family Federal CU | $ 22,406.55 | 60002824-L4 | 6.5000% | 1 | 60 | $440.78 | Trustee | 60 | $26,447.08 |
| I.A. | 1968 Chevrolet Camaro | Springleaf Financial | $ 6,306.76 | 17564591 | 6.5000% | 1 | 60 | $124.07 | Trustee | 60 | $7,444.04 |
| I.A. | 1968 Chevrolet C-10 Truck | World Acceptance | $ 3,591.55 | 167 | 6.5000% | 1 | 60 | $70.65 | Trustee | 60 | $4,239.21 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | Residence - Mobile Home and Land | American Heritage Bank | $ 69,648.13 | 2014098182 | Contract | 1 | 60 | $968.91 | Debtor | 60 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | The Colpitts Law Firm | | | | | | | Trustee | | $2,950.00 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $41,080.33 |

**Class V Executory Contracts:**

There are no other executory contracts.

| | Applicable Commitment Period | | Plan Term | Beg | End | Mo Pmt | | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 36 | | 60 | 1 | 60 | $825.00 | Debtor | 60 | $49,500.00 |
| | | | | | | $0.00 | Debtor | 1 | $0.00 |
| | | | | | | | Debtor | 1 | $0.00 |
| | | | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $49,500.00 |
| Trustee Fee (10%) | $4,950.00 |
| Total paid to Class I, II, III, IV.A and IV.B. creditors above | $41,080.33 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $0.00 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $3,469.67 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $0.00 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $0.00 |
| | |
| Amount available to all Creditors under Chapter 7: | $0.00 |
| Total Priority Claims: | $0.00 |
| Chapter 7 Test Amount: | $0.00 |
| | |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $0.00 |
| | |
| Amount Debtor Proposes to Pay to Class IV.C. Claims: | $0.00 |
| (Must be more than Greater of DITUC or CH 7 Test) | |
| | |
| Amount to Class IV.C. Claims: | $0.00 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $55,647 |
| Claims Relegated to Clas` | $0 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $55,647 |
| Required Amount to Class IV.C. Claims | $0.00 |
| Estimated Percentage to Class IV.C. Claims: | 0.00% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $29,700.00 |
| Less Trustee Fee: | $2,970.00 |
| Less payments to Creditors: | $41,080.33 |
| Net to Class IV.C Claims: | $0.00 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | Property | Bank of America | 5862 Jones Road, Okmulgee, OK |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:**
**The total amount of the distributions to unsecured claims may increase or decrease depending upon the total trustee fees actually paid and the total regular monthly mortgage payments actually paid.**

Form SP Post-Act 04052012

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.