# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: } | |
| } | Case Number: 15-80803-C |
| Samuel James Cochran } | |
| xxx-xx-1628 } | Chapter 13 |
| } | |
| Debtor } | |

## APPLICATION TO WITHDRAW AS COUNSEL FOR DEBTOR

Greggory T. Colpitts and The Colpitts Law Firm (hereinafter "The Law Firm") hereby apply to this Court for an order allowing The Law Firm to withdraw as counsel for the Debtor. In support hereof, The Law Firm states as follows:

1. The Debtor has refused to take the advice of the Law Firm and has embarked on his own course of action in direct contravention that advice.

2. The Chapter 13 Plan has been confirmed and there are currently no pending motions in this Chapter 13 case.

3. The Law Firm can no longer represent the Debtor.

WHEREFORE, Greggory T. Colpitts and The Colpitts Law Firm respectfully request this Court enter an order allowing them to withdraw as counsel for the Debtor.

Respectfully submitted by,

*/s/ Greggory T. Colpitts*
_____
Greggory T. Colpitts, OBA:#14381
**The Colpitts Law Firm**
6506 South Lewis, Suite 175
Tulsa, OK 74136-1079
(918) 747-9747
(918) 747-1267 Fax
greg@colpittslawfirm.us
Attorney for Debtor

## CERTIFICATE OF MAILING

       I do hereby certify that on March 10, 2017, I mailed a true and correct copy of the foregoing document by placing the same in the U.S. mail, postage prepaid to:

Samuel James Cochran
1650 N. 185th Road
Mounds, OK 74047

The following received notice of the above by the Court's CM/ECF system:

William Mark Bonney
Office of the US Trustee

                              Respectfully submitted by,

                              */s/ Greggory T. Colpitts*
                              _____
                              Greggory T. Colpitts, OBA:#14381